NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**SHELIA WINSETT,**
*Claimant-Appellant,*

v.

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7180

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-784, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**O R D E R**

Shelia Winsett submits a document entitled "Motion Procedureal Error on Part of Clerk of Court", which the court treats as a motion for various relief.

Upon consideration thereof,

IT IS ORDERED THAT:

SHELIA WINSETT V. SHINSEKI                                    2


The motion is deferred to the merits panel assigned to hear this case.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk


s21